IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARMEN C. LEE COCKLIN,

          Plaintiff,

vs.

STATE OF NEBRASKA, HUD, Housing Urban Development; SIENA FRANCIS HOUSE, Homeless Shelter; LYDIA HOUSE, Homeless Shelter; and SALVATION ARMY,

          Defendants.

8:23CV203

ORDER

This matter is before the Court on its own motion. On May 19, 2023, the Clerk of the Court sent an order to Plaintiff at her last known address and it was returned to this Court as undeliverable. *See* Filing No. 7. Plaintiff has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this Order to Plaintiff at the address on file with the Court and to the following address: 415 S. 25th Ave., Omaha, NE 68131.

2

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 13, 2023**: check for address.

Dated this 13th day of June, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge